UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARGARITO RIOS CALLEROS,<br><br>Defendant. | ) CASE NO. CV 07-7212 MMM<br>)                 CR 05-1178 MMM<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

On De4cember 7, 2007, petitioner Margarito Rios Callerso filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence that the court imposed in *United States v. Sanchez*, No. CR 05-01178 MMM.  The court, having considered the record and the papers submitted by the parties,

IT IS ORDERED AND ADJUDGED

    1. That petitioner Margarito Rios Calleros' § 2255 motion be denied; and

    2. That the action be, and it hereby is, dismissed.

DATED: September 22, 2008

                                                    MARGARET M. MORROW<br>                                                    UNITED STATES DISTRICT JUDGE